1   SCOTT A. LEWIS (SBN: 149094)
    PERRY, JOHNSON, ANDERSON,
2   MILLER & MOSKOWITZ,  LLP
    438 First Street, Fourth Floor
3   Post Office Box 1028
    Santa Rosa, CA 95404
4   Telephone: (707) 525-8800
    Facsimile: (707) 545-8242
5
    Attorneys for Plaintiff JAMES A. MITCHEL
6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES A. MITCHEL,                    CASE NO. CV 09-5004 SI

12          Plaintiff,                   **[PROPOSED] ORDER TO EXTEND
                                         TIME DUE TO DEATH OF FAMILY
13  vs.                                  MEMBER**

14  CITY OF SANTA ROSA and DOES 1
    through 50,
15
            Defendants.
16  _____/

17          IT IS SO ORDERED that plaintiff's Motion to Extend Time to file his Opposition to

18  defendant's fee request is granted and the previous date of May 21, 2010 set by the Court is vacated.

19  The new due date is June 21, 2010 or other date set by the Court to be _____.

20

21  DATED: _____          _____
                                       HONORABLE SUSAN ILLSTON
22

23

24

25

26

27

28
                                       1
    _____
    [PROPOSED] ORDER TO EXTEND TIME
    CV 09-5004 SI