| | |
|---|---|
| 1 | MAUREEN E. MCCLAIN, Bar No. 062050 |
| | Email:  mmcclain@littler.com |
| 2 | CONSTANCE E. NORTON, Bar No. 146365 |
| | Email:  cnorton@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 650 California Street |
| | 20th Floor |
| 5 | San Francisco, CA  94108.2693 |
| | Telephone:   415.433.1940 |
| 6 | Facsimile:   415.399.8490 |
| 7 | Attorneys for Defendant |
| | CITY OF SANTA ROSA |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A MITCHEL,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF SANTA ROSA and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. CV-09-5004 SI<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT CITY OF SANTA ROSA**<br><br>COMPLAINT FILED:      September 30, 2009 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No. CV-09-5004 SI

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT CITY OF SANTA ROSA

On April 26, 2010, the Motion to Dismiss Second Amended Complaint and Renewed Motion for Sanctions filed by Defendant City of Santa Rosa ("Defendant") was resolved without hearing by this Court pursuant to Civil Local Rule 7-1(b). *See* Docket No. 75. On July 12, 2010, pursuant to the Order Granting Defendant's Request for Attorneys' Fees, the Court granted Defendant's requests for attorneys' fees payable as sanctions against James A. Mitchel ("Plaintiff") and his attorney, Scott A. Lewis, jointly and severally, in the amount of $31,618.30. *See* Docket No. 85.

Having determined pursuant to Federal Rule of Civil Procedure 12(b)(6) that Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted, and having granted, in part, Defendant's renewed Motion for Sanctions, this Court **HEREBY ORDERS, ADJUDGES AND DECREES** that Plaintiff take nothing and that his Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**JUDGMENT IS HEREBY ENTERED** in favor of Defendant. Attorneys' fees are awarded to Defendant in the total sum of $31,618.30 and shall be payable as sanctions jointly and severally by Plaintiff and his counsel, Scott A. Lewis, to be paid within sixty days of the Court's July 12, 2010 Order Granting Defendant's Request For Attorneys' Fees. Subject to filing a timely Bill of Costs, Defendant is entitled to costs allowed by law.

**IT IS SO ORDERED.**

7/26/10

Dated: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.   Case No. CV-09-5004 SI

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT CITY OF SANTA ROSA