```
 1  MAUREEN E. MCCLAIN, Bar No. 062050
    mmcclain@littler.com
 2  CONSTANCE E. NORTON, Bar No. 146365
    cnorton@littler.com
 3  LUCAS V. MUNOZ, Bar No. 254900
    Lmunoz@littler.com
 4  Littler Mendelson, P.C.
    650 California Street
 5  20th Floor
    San Francisco, California  94108.2693
 6  Telephone:   415.433.1940
    Facsimile:   415.399.8490
 7
    Attorneys for Defendant
 8  CITY OF SANTA ROSA
```

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA and DOES 1 through 50, inclusive,<br><br>        Defendant. | Case No.  CV-09-5004 SI<br><br>**JOINT STIPULATION AND PROPOSED ORDER REQUESTING A CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed:   September 30, 2009<br>Trial Date:   None set |

     The Parties, through their respective counsel, hereby jointly request that the Court set a status conference date and time convenient to the Court's schedule so that the Parties may receive the Court's guidance on, inter alia, issues to be briefed and a briefing schedule in light of the Ninth Circuit Memorandum decision of December 28, 2011 ("Memorandum", Dkt. 103).

     The Parties suggest that a status conference be set with a joint status conference statement due 7 days prior to the status conference date outlining the Parties' positions on briefing schedules concerning issues remanded to this Court in such Memorandum.

     IT IS SO STIPULATED:  (The filer of this document attests that Mr. Lewis concurs in its filing.)

JOINT STIPULATION REQUESTING A CASE MANAGEMENT CONFERENCE           (Case No. CV-09-5004 SI)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 18, 2012 | Perry, Johnson, Anderson, Miller & Moskowitz LLC |
| 5 | | By: /s/ *Scott A. Lewis* <br> SCOTT A. LEWIS <br> Attorneys for Plaintiff <br> JAMES A. MITCHEL |
| 9 | Dated: January 18, 2012 | Littler Mendelson, P.C. |
| 12 | | By: /s/ *Maureen E. McClain* <br> MAUREEN E. MCCLAIN <br> Attorneys for Defendant <br> CITY OF SANTA ROSA |

IT IS SO ORDERED:

    A status conference is ordered to be held on __March 2__, 2012 at __3 p.m.__

The Parties are ordered to file a Joint Status Conference Statement addressing the briefing of issues remanded by the Ninth Circuit 7 days prior to the status conference date.

Dated: ____1/18/12____

_[signature]_
SUSAN ILLSTON
United States District Judge

Firmwide:106708579.1 061605.1004

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION REQUESTING A CASE MANAGEMENT CONFERENCE     2.     (Case No. CV-09-5004 SI)