1   MAUREEN E. MCCLAIN, Bar No. 062050
    mmcclain@littler.com
2   CONSTANCE E. NORTON, Bar No. 146365
    cnorton@littler.com
3   LUCAS V. MUNOZ, Bar No. 254900
    Lmunoz@littler.com
4   Littler Mendelson, P.C.
    650 California Street
5   20th Floor
    San Francisco, California  94108.2693
6   Telephone:    415.433.1940
    Facsimile:    415.399.8490
7
    Attorneys for Defendant
8   CITY OF SANTA ROSA

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12   JAMES A. MITCHEL,                    Case No.  CV-09-5004 SI

13              Plaintiff,                **JOINT STIPULATION AND PROPOSED
                                          ORDER REQUESTING A CASE
14   v.                                   MANAGEMENT CONFERENCE**

15   CITY OF SANTA ROSA and DOES 1
     through 50, inclusive,
16                                        Complaint filed:    September 30, 2009
                Defendant.                Trial Date:         None set
17

18

19        The Parties, through their respective counsel, hereby jointly request that the Court set a status

20   conference date and time convenient to the Court's schedule so that the Parties may receive the

21   Court's guidance on, inter alia, issues to be briefed and a briefing schedule in light of the Ninth

22   Circuit Memorandum decision of December 28, 2011 ("Memorandum", Dkt. 103).

23        The Parties suggest that a status conference be set with a joint status conference statement

24   due 7 days prior to the status conference date outlining the Parties' positions on briefing schedules

25   concerning issues remanded to this Court in such Memorandum.

26

27        IT IS SO STIPULATED:  (The filer of this document attests that Mr. Lewis concurs in its

28   filing.)

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION REQUESTING A
CASE MANAGEMENT CONFERENCE                              (Case No. CV-09-5004 SI)

1

2    Dated: January 18, 2012                    Perry, Johnson, Anderson, Miller &
                                                Moskowitz LLC
3

4

5                                               By:_____/s/ *Scott A. Lewis*_____
                                                   SCOTT A. LEWIS
6                                                  Attorneys for Plaintiff
                                                   JAMES A. MITCHEL
7

8

9
     Dated: January 18, 2012                    Littler Mendelson, P.C.
10

11

12                                              By:_____/s/ *Maureen E. McClain*_____
                                                   MAUREEN E. MCCLAIN
13                                                 Attorneys for Defendant
                                                   CITY OF SANTA ROSA
14

15

16

17   IT IS SO ORDERED:

     A status conference is ordered to be held on __March 2____, 2012 at ___3 p.m._.
18

19   The Parties are ordered to file a Joint Status Conference Statement addressing the briefing of issues

20   remanded by the Ninth Circuit 7 days prior to the status conference date.

21

22   Dated: ____1/18/12_____

                                                _____
23                                              SUSAN ILLSTON
                                                United States District Judge
24

25

26

27   Firmwide:106708579.1 061605.1004

28

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION REQUESTING A           2.                    (Case No. CV-09-5004 SI)
CASE MANAGEMENT CONFERENCE